1  STEVEN KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant KAYUMY

6

FILED

NOV 1 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                   OAKLAND DIVISION

10  UNITED STATES OF AMERICA,          )   No. CR-12-70863 MAG
                                       )
11              Plaintiff,             )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO DECEMBER 3, 2012
12       v.                            )   AND TO EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
13                                     )
    FAZIL AHMAD KAYUMY,                )   Hearing Date: November 16, 2012
14                                     )   Time:  9:30 a.m.
              Defendant.               )
15                                     )
                                       )
16  _____)

17         The above-captioned matter is set on November 16, 2012 before this Court for a status

18  hearing.  The parties request that this Court continue the hearing to December 3, 2012 at 9:30

19  a.m. and that the Court exclude time under the Speedy Trial Act between November 16, 2012

20  and December 3, 2012.

21         The misdemeanor charges in this case are out of the Middle District of Georgia.  Since

22  the last scheduled appearance, the government has provided discovery to the defense.  The

23  defense has been reviewing that discovery.  The parties are exploring the possibility of reaching a

24  plea agreement to be entered in this District pursuant to Rule 20.  The general terms of such an

25  agreement have been discussed and the government is writing up a plea offer.  More time is

26  needed by defense counsel for these purposes.  The parties agree the ends of justice served by

1  granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

2  Therefore, the parties further stipulate and request that the Court exclude time between

3  November 16, 2012 and December 3, 2012 under the Speedy Trial Act for effective preparation

4  of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

5

6  DATED: November 14, 2012

7

8

   ___/s/ Andrew Huang_____
9  ANDREW HUANG                          ___/s/ Ned Smock_____
   Assistant United States Attorney      NED SMOCK
10 Counsel for United States             Assistant Federal Public Defender
                                         Counsel for Fazil Kayumy
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    2012 and December 3, 2012 is excluded under the Speedy Trial Act to allow for the effective

2    preparation of counsel, taking into account the exercise of due diligence.

3

4    DATED: 11/15/12

5                                                    HON. DONNA RYU
                                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26