1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant KAYUMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>    Plaintiff,               )<br>                              )<br>    v.                        )<br>                              )<br>                              )<br>FAZIL AHMAD KAYUMY,           )<br>                              )<br>    Defendant.                )<br>                              )<br>_____) | No. CR-12-70863 MAG<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 13, 2013<br><br>Hearing Date: January 23, 2013<br>Time: 9:30 a.m. |

   The above-captioned matter is set on January 23, 2013 before this Court for a status hearing. The parties request that this Court continue the hearing to February 13, 2013 at 9:30 a.m. The misdemeanor charges in this case are out of the Middle District of Georgia. The defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District. The parties have agreed to the terms of a plea agreement. The only step that remains is completing necessary paperwork for the Rule 20 transfer process. Additional time is needed for that purpose.

DATED: January 22, 2013

  /s/ Andrew Huang                             /s/ Ned Smock
ANDREW HUANG                                 NED SMOCK
Assistant United States Attorney             Assistant Federal Public Defender
Counsel for United States                    Counsel for Fazil Kayumy

Stip. Req. To Continue Hearing Date
No. CR 12-70863 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-70863 MAG |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 13, 2013 |
| v. | ) ) | |
| FAZIL AHMAD KAYUMY, | ) ) | |
| Defendant. | ) ) ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from January 23, 2013 to February 13, 2013. Additional time is needed to complete paperwork to finalize the Rule 20 transfer and plea. Therefore, **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from January 23, 2013 to February 13, 2013 at 9:30 a.m.

DATED: 1/22/13

*Kandis Westmore*
HON. KANDIS WESTMORE
United States Magistrate Judge

Stip. Req. To Continue Hearing Date
No. CR 12-70863 MAG                       2