1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant KAYUMY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-70863 MAG |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO MARCH 25, 2013 |
| v. | ) | |
| | ) | Hearing Date: March 6, 2013 |
| | ) | Time: 9:30 a.m. |
| FAZIL AHMAD KAYUMY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matter is set on March 6, 2013 before this Court for a status hearing. The parties request that this Court continue the hearing to March 25, 2013 at 9:30 a.m. The misdemeanor charges in this case are out of the Middle District of Georgia. The defense has been discussing Rule 20 resolution of this matter with a prosecutor in that District. The parties have agreed to the terms of a plea agreement. The necessary paperwork for the Rule 20 transfer process is complete and has been filed in the Middle District of Georgia. The only step that remains is the transfer of the docket to the Northern District of California. Additional time is needed for that purpose. The parties further stipulate and request that the Court exclude time between March 6, 2013 and March 25, 2013 in accordance with the provisions of the Speedy

//

Stip. Req. To Continue Hearing Date
No. CR 12-70863 MAG

1  Trial Act, 18 U.S.C. § 3161(h)(1)(E) for delay caused by transfer of the case from the Middle
2  District of Georgia.

4  DATED: March 4, 2013

5  ___/s/ Andrew Huang_____          ___/s/ Ned Smock_____
   ANDREW HUANG                                  NED SMOCK
6  Assistant United States Attorney              Assistant Federal Public Defender
   Counsel for United States                     Counsel for Fazil Kayumy

Stip. Req. To Continue Hearing Date
No. CR 12-70863 MAG                              2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-70863 MAG |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | HEARING DATE TO MARCH 25, 2013 |
| FAZIL AHMAD KAYUMY, | ) ) | |
| Defendant. | ) ) ) ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from March 6, 2013 to March 25, 2013. Additional time is needed to complete paperwork to finalize the Rule 20 transfer and plea. Therefore, **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from March 6, 2013 to March 25, 2013 at 9:30 a.m. Time will be excluded between March 6, 2013 and March 25, 2013 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(E) for delay caused by transfer of the case from the Middle District of Georgia.

DATED: 3/5/13

_____
HON. KANDIS WESTMORE
United States Magistrate Judge